UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS:  DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE of TEXAS *ex rel.* JAMES STEVE BURDICK, M.D., <br><br>*Plaintiff,*<br><br>v.<br><br>BAYLOR UNIVERSITY MEDICAL CENTER, BAYLOR SCOTT & WHITE HEALTH, BAYLOR SCOTT & WHITE HOLDINGS, DIGESTIVE HEALTH ASSOCIATES OF TEXAS, P.A., TEXAS DIGESTIVE DISEASE CONSULTANTS PLLC, HEALTHTEXAS PROVIDER NETWORK,<br><br>*Defendants.* | Civil Action No.:  3:19-CV-00207-E <br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Pursuant to Local Rule 83.12(a), Adam Pollock respectfully moves to withdraw as counsel for Plaintiff-Relator Dr. James Steven Burdick in the above captioned-matter.  I had previously appeared in this matter *pro hac vice*.  The reason for the withdrawal is that Dr. Burdick has terminated the representation of Pollock Cohen LLP and instead retained as the succeeding attorney the Law Offices of Darth M. Newman LLC, 1140 Thom Run Rd #601, Coraopolis, PA 15108, (412) 436-3443.

Dated:   July 21, 2020
         New York, NY

                                        POLLOCK COHEN LLP

                                        /s/ *Adam Pollock*
                                        Adam Pollock
                                        60 Broad Street, 24th Floor
                                        New York, NY  10004
                                        (212) 337-5361
                                        Adam@PollockCohen.com
                                        *former counsel for Plaintiff Relator*
                                        *admitted pro hac vice*