IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS *ex rel.* JAMES STEVE BURDICK,<br><br>Plaintiffs,<br><br>v.<br><br>BAYLOR UNIVERSITY MEDICAL CENTER, BAYLOR SCOTT & WHITE HEALTH, BAYLOR SCOTT & WHITE HOLDINGS, DIGESTIVE HEALTH ASSOCIATES OF TEXAS, P.A., TEXAS DIGESTIVE DISEASE CONSULTANTS PLLC, And HEALTHTEXAS PROVIDER NETWORK,<br><br>Defendants. | Civil Action No. 3:19-CV-00207-E |

ORDER

Before the Court is the motion to withdraw, pursuant to Local Rule 83.12(a), of Adam Pollock, who moves to withdraw as counsel for Plaintiff-Relator Dr. James Steven Burdick in the above captioned-matter. The Court **GRANTS** the motion. Pollock Cohen LLP is **WITHDRAWN** as counsel for Burdick. Burdick has retained the Law Offices of Darth M. Newman LLC, 1140 Thom Run Rd #601, Coraopolis, PA 15108, (412) 436-3443, as the succeeding attorney.

**SO ORDERED**; signed July 22, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE