UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS:  DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE of TEXAS *ex rel.* JAMES STEVE BURDICK, M.D., <br><br> *Plaintiff,* <br><br> v. <br><br> BAYLOR UNIVERSITY MEDICAL CENTER, BAYLOR SCOTT & WHITE HEALTH, BAYLOR SCOTT & WHITE HOLDINGS, DIGESTIVE HEALTH ASSOCIATES OF TEXAS, P.A., TEXAS DIGESTIVE DISEASE CONSULTANTS PLLC, HEALTHTEXAS PROVIDER NETWORK, <br><br> *Defendants.* | Civil Action No.:  3:19-CV-00207-E <br><br><br> **Notice of Rule 41(a)(1) Dismissal** |

Relator James Steve Burdick, M.D., under Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the First Amended Complaint as against all Defendants without prejudice.

Plaintiff, the United States, has consented to this dismissal without prejudice and is expected to file a notice of consent in the coming days.

No Defendant has filed an answer to the original Complaint or the First Amended Complaint nor a motion for summary judgment as to any of these claims.  Dismissal under Rule 41(a)(1) is therefore appropriate.

Dated:   July 23, 2020

By:     */s/ Joseph H. Gillespie*
Joseph H. Gillespie (Local Counsel)
State Bar No. 24036636
Email: joe@gillespiesanford.com

GILLESPIE SANFORD LLP
4803 Gaston Ave.
Dallas, Texas 75246
Tel:    (214) 800-5111
Fax:   (214) 838-0001

Darth M. Newman (Lead Counsel)
Law Offices of Darth M. Newman LLC
1140 Thom Run Rd #601
Coraopolis, PA 15108
(412) 436-3443,
darth@dnewmanlaw.com

Counsel for Plaintiff Relator

**Certificate of Service**

The undersigned hereby certified that on Thursday, July 23, 2020, the above and foregoing has been served via the Court's ECF system on all counsel of record.

By:     */s/ Joseph H. Gillespie*