IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE of TEXAS ex rel. JAMES STEVE BURDICK, M.D, <br><br> Plaintiffs, <br><br> v. <br><br> BAYLOR UNIVERSITY MEDICAL CENTER, BAYLOR SCOTT & WHITE HEALTH, BAYLOR SCOTT & WHITE HOLDINGS. DIGESTIVE HEALTH ASSOCIATES OF TEXAS, P.A., TEXAS DIGESTIVE DISEASE CONSULTANTS PLLC, HEALTHTEXAS PROVIDER NETWORK, <br><br> Defendants. | Civil Action No. 3:19-CV-00207-E |

THE UNITED STATES OF AMERICA'S CONSENT TO DISMISSAL

1. On July 23, 2020, Relator James Steve Burdick filed a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismissing Relator's claims under the False Claims Act, 31 U.S.C. § 3729, without prejudice.

2. The United States of America, pursuant to 31 U.S.C. § 3730(b)(1), consents to the dismissal of claims under 31 U.S.C. § 3729 so long as the dismissal is without prejudice to the United States.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY


*/s/ Braden Civins*
BRADEN CIVINS
Assistant United States Attorney
Texas Bar No. 24080836
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:  214-659-8600
Facsimile:   214-659-8807
Email:  braden.civins@usdoj.gov

Attorneys for the United States of America


CERTIFICATE OF SERVICE

On July 24th, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served counsel for relator electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).


*/s/ Braden Civins*
BRADEN CIVINS
Assistant United States Attorney